*Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for appellee.

APPEAL No. 1565. YVONNE PARENTEAU *v.* ZIMMERMAN ENGINEERING Co. Motion for counsel fee pursuant to G.L. 1956, §28-35-32, as amended, granted, and petitioner is awarded Nine Hundred ($900.00) Dollars for services before Supreme Court. *Alan H. Pearlman,* for petitioner. *Anderson & Kane, Vincent F. Kane,* for respondent.

APPEAL No. 1952. SAMUEL CORRADO *et al. v.* PROVIDENCE REDEVELOPMENT AGENCY *et al.* Appellants' pro se motion to remand to Superior Court for purpose of supplementing record denied without prejudice to right of appellants to renew motion at hearing on the merits. Appellants' motion for extension of time granted and time is extended to April 2, 1973 in which to file brief. *Samuel Corrado,* pro se, for appellants. *Timothy J. McCarthy,* for appellees.

C. A. No. 73-70. STATE *v.* DONALD J. PICARD *et al.* Motion to withdraw as counsel for defendants granted subject to (1) new local counsel entering appearance on behalf of defendants and (2) present counsel giving notice of withdrawal to defendants by registered mail, return receipt requested, and filing of said receipt and copy of notice with clerk. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff.

C. A. Nos. 1963, 1964. STATE *v.* VITO N. RUSSO. Motion for appointment of special counsel is granted and Paul J. DiMaio is appointed counsel to represent petitioner in the further prosecution of his appeals. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Paul J. DiMaio,* for defendant-petitioner.